Michael J. Doolittle
Doolittle Law, Chartered
P.O. Box 9385
Boise, Idaho 83707
Telephone:     (208) 344-5553
Telefax:   (208) 344-2499
Email: mjd@doolittlelaw.biz
Idaho State Bar #2899

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO

| | |
|---|---|
| BRYAN CRABTREE,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. DOOLITTLE, an individual; DOOLITTLE LAW CHARTERED, a corporation; and ASSET ACCEPTANCE, LLC<br><br>    Defendants. | CASE NO. CIV12-308-N-REB<br><br>ORDER FOR DISMISSAL<br>WITH PREJUDICE |

BASED UPON the matters placed upon the record in open Court on May 31, 2013, which record has been sealed by the Court, and the Stipulation for Dismissal, With Prejudice, which has been executed by counsel for the parties herein and which has been filed with the Court, and good cause appearing therefrom;

NOW, THEREFORE, IT IS HEREBY ORDERED, AND THIS DOES ORDER that the above-entitled action is dismissed, with prejudice, with each party to bear its own costs and attorney fees incurred in the

ORDER FOR DISMISSAL WITH PREJUDICE, PAGE 1

prosecution and defense of this action.

Dated this __20__ day of June, 2013.

_____
United States ~~Magistrate~~ Judge

ORDER FOR DISMISSAL WITH PREJUDICE, PAGE 2